**Motion Granted in Part; Order filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00046-CR
_____

**ERIC DEMOND DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1122749**

# O R D E R

Appellant was granted this out-of-time appeal. Appellant's earlier appeal, docketed under our case number 14-08-01177-CR, was dismissed for want of jurisdiction because appellant's notice of appeal was untimely.

On February 3, 2014, appellant's appointed counsel filed a motion to consolidate the two appeals, or alternatively, to supplement the clerk's record. We **GRANT IN PART** appellant's motion as to the alternative relief. We order the

record in this appeal supplemented with the clerk's record filed on December 30, 2008, in our case number 14-08-01177-CR.

PER CURIAM